UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – ARRAIGNMENT AND PLEA

Case No.  5:25-cr-72-KKC-EBA-1      At  Frankfort       Date  August 29, 2025

USA vs Heng Yin      X  present   X  custody   __ bond   __ OR   Age  27

DOCKET ENTRY: This matter was called for re-arraignment with counsel and defendant present as noted. United States Probation Officer Deryn Warren was present. The defendant advised the Court that he wishes to enter a plea in this matter. The defendant was placed under oath and questioned by the Court. The defendant waived the right to proceed before the United States District Judge for this proceeding. The Consent to Plead Before the United States Magistrate Judge shall be filed into the record. The Court finds the defendant to be fully competent and capable of entering an informed plea. Further, the plea of guilty is a knowing and voluntary plea which is supported by an independent basis in fact containing the essential elements as charged in the Indictment. Therefore, the Court recommends that the plea should be accepted, and the Defendant should be adjudged guilty of offenses charged in Count 1 and Count 7 of the Indictment. The United States will move dismiss the remaining counts at sentencing. A separate Recommendation concerning acceptance of the plea will be entered.

PRESENT:   HON. EDWARD B. ATKINS, UNITED STATES MAGISTRATE JUDGE

| Jacob Jones | Audio | Mae Harmon | Brittany A. Dunn-Pirio |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant    Erica M. Roland    x  present   __ retained   x  appointed

I, Jacob Jones, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
KYED-FRK_5-25-cr-72-KKC-EBA-1_20250829_113003
PROCEEDINGS: **RE-ARRAIGNMENT and GUILTY PLEA**

| | |
|---|---|
| X | Copy Indictment previously given to the defendant. |
| X | Defendant states true name is as stated on the Indictment |
| X | Defendant formally arraigned and advised of rights, pursuant to Rule 11, F.R.Cr.P. |
| X | Defendant moves to CHANGE PLEA to count 1 and count 7 of the Indictment. Court GRANTS the motion. |
| X | Defendant pleads x Guilty to counts 1 and 7 of the Indictment. |
| X | Defendant agrees with facts contained in forfeiture allegation. |
| X | PLEA AGREEMENT to be filed in the record. |
| X | Jury trial previously SET ASIDE and CANCELED as to this defendant. |
| X | Court orders Presentence Report, with copies to be furnished to counsel and Defendant, pursuant to Rule 32, F.R.Cr.P. |
| X | Defendant remanded to custody. |

Case continued for **Sentencing** until **Tuesday, November 25th, 2025,** at **10:00 a.m.**, in Lexington, Kentucky, for sentencing, before Judge Karen K. Caldwell, subject to intervening orders of the Court.



Signed By:
*Edward B. Atkins*  EBA
United States Magistrate Judge

Copies:  COR, USP, USM, Lex D     Initials of Deputy Clerk: jj     TIC: /58